# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CHARLIE L. GATES, JR. and KIMBERLY GATES, <br><br> Plaintiffs, <br><br> v. <br><br> W.R. GRACE & CO., SEMINOLE FERTILIZER CORPORATION, CARGILL FERTILIZER, INC., and MOSAIC FERTILIZER, LLC, <br><br> Defendants. | Case No.: 8:08-cv-2560-T-27TBM |

## STIPULATION OF DISMISSAL WITH PREJUDICE UNDER RULE 41

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiffs, CHARLIE L. GATES, JR. and KIMBERLY GATES, and Defendants W.R. GRACE & CO., SEMINOLE FERTILIZER CORPORATION, CARGILL FERTILIZER, INC., and MOSAIC FERTILIZER, LLC, by their respective undersigned counsel, stipulate that the above entitled action is dismissed with prejudice, with each side bearing their own fees and costs.

Dated: January 20, 2011

[*SIGNATURES APPEAR ON FOLLOWING PAGE*]

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

s/ John S. Kalil
John S. Kalil (FBN 0243061)
jkalil@akjaxlaw.com
**LAW OFFICES of JOHN S. KALIL P.A.**
6817 Southpoint Parkway
Suite 1402
Jacksonville, FL 32216
Tel: 904-355-3311
Fax: 904-355-5411

and

Joel M. Rubenstein
*Admitted pro hac vice* on May 5, 2010
Jrubenstein@germanrubenstein.com
Steven J. German
*Admitted pro hac vice* on June 30, 2010
**GERMAN RUBENSTEIN LLP**
19 West 44th Street – Suite 1500
New York, NY 10036
Tel: 212-704-2020
Fax: 212-704-2077

and

Christopher T. Nidel
*Admitted pro hac vice* 7/16/10
chris@nidellaw.com
**NIDEL LAW, PLLC**
1225 15th St., NW
Washington, DC 20005
Telephone: 202-558-2030
Facsimile: 202-232-7556

*Counsel for Plaintiffs*

/s/ Edward A. Moss
Edward A. Moss (FBN 057016)
emoss@shb.com
Daniel B. Rogers (FBN 195634)
Drogers@shb.com
Jennifer McLoone (FBN 0029234)
Jmcloone@shb.com
**SHOOK, HARDY & BACON LLP**
Miami Center, Suite 2400
201 South Biscayne Boulevard
Miami, FL 33131-4332
Tel: 305-358-5171
Fax: 305-358-7470
*Counsel for Defendant Seminole Fertilizer Corporation*

/s/ David B. Weinstein
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Kimberly S. Mello (FBN 0002968)
mellok@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 East Twiggs Street
Suite 100
Tampa, FL 33602
Tel: 813-318-5700
Fax: 813-318-5900
*Counsel for Defendants Cargill & Mosaic*

/s/ Frank H. Gassler
Frank H. Gassler (FBN 218677)
fgassler@bankerlopez.com
**BANKER LOPEZ GASSLER**
501 E. Kennedy Boulevard, Suite 1500
Tampa, Florida 33602
Telephone: 813-221-1500
Facsimile: 813-222-3066
*Counsel for Defendant W.R. Grace & Co.*

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ John S. Kalil
Attorney

3
PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com